UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| -v- | : | 24-CR-286(LAP) |
| REINALDO RODRIGUEZ, | : | <u>SCHEDULING ORDER</u> |
| Defendant. | : | |

---------------------------------------- X

LORETTA A. PRESKA, Senior United States District Judge:

Arraignment shall proceed before a magistrate judge. The parties shall appear for an initial conference on July 27, 2026 at 2:30 PM in Courtroom 12A.

**SO ORDERED.**

Dated: July 9, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge