UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

REINALDO RODRIGUEZ,

Defendant.

**ORDER**

**26 Cr. 286 (LAP)**

WHEREAS, with the consent of defendant REINALDO RODRIGUEZ, the defendant's guilty plea allocution was taken before United States Magistrate Judge Sarah L. Cave on August 31, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript and the associated plea agreement, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for December 8, 2026, at 10:00 a.m.

SO ORDERED.

Dated: New York, New York
Sept. 24, 2026

Loretta A. Preska

THE HONORABLE LORETTA A. PRESKA
United States District Judge
Southern District of New York